CRAWFORD v. LLOYD TABLE CO.

No. 464P95

Case below: 120 N.C.App. 410

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

DOCKERY v. WOODY

No. 389P95

Case below: 120 N.C.App. 200

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

FRANK v. STAR TRAX, INC.

No. 410PA95

Case below: 120 N.C.App. 200

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 7 December 1995.

GARDON v. COLONY KNITS, INC.

No. 401P95

Case below: 120 N.C.App. 200

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

GUILFORD COUNTY EX REL. EASTER v. EASTER

No. 455PA95

Case below: 120 N.C.App. 260

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1995.